# IN THE UNITED STATES DISTRICT COURT FOR THE
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO.: 3:18-CR-133-RJC-DCK |
| v. | ) | |
| | ) | **ORDER** |
| (1) MARCUS LENARD ARMSTRONG | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Be Excused From Court Appearance" (Document No. 18) filed April 26, 2018. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that the "Motion To Be Excused From Court Appearance" (Document No. 18) is **GRANTED**. Attorney Murdoch Walker, II may appear at the April 30, 2018 hearing on behalf of Defendant without local counsel, Andrew C. Brooks.

**SO ORDERED**.

Signed: April 26, 2018

David C. Keesler
United States Magistrate Judge