IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00133-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MARCUS LENARD ARMSTRONG | ) |
| | ) |

**THIS MATTER** is before the Court on local counsel's motion to be excused from attending the sentencing hearing scheduled for January 31, 2019. (Doc. No. 32).

Lead counsel in this case was granted pro hac vice admission, (Doc. No. 7: Order), which ordinarily requires the accompaniment of local counsel at all hearings. LCrR 44.1, LCvR 83.1(b)(1). However, the Court finds the circumstances alleged in the motion establish good cause to excuse local counsel's appearance.

**IT IS, THEREFORE, ORDERED** that local counsel's motion, (Doc. No. 32), is **GRANTED**, and he is excused from attending the sentencing hearing scheduled for January 31, 2019.

Signed: January 9, 2019

*[signature]*

Robert J. Conrad, Jr.
United States District Judge